IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON McKINLEY; CASE McKINLEY,<br><br>      Plaintiffs,<br><br>  vs.<br><br>HONOLULU MARATHON; HONOLULU MARATHON STORE; JAPAN AIRLINES CO., LTD; JAMES BARAHAL; DICK SUTTON; RICK TANIGUCHI; JEANETTE CHUN; JOHN DOES 1-50,<br><br>      Defendants. | CIVIL NO. 13-00651 JMS-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 1, 2014 and served on April 2, 2014 by First Class Mail to the address of record for Jason McKinley and Case McKinley, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

///

///

///

"FINDINGS AND RECOMMENDATION TO DISMISS ACTION," Doc. No. 10, are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, April 24, 2014.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge